**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 1, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00369-CV

## IN RE ORION MARINE CONSTRUCTION, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-08160**

---

## MEMORANDUM OPINION

May 3, 2019, relator Orion Marine Construction, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Dedra Davis, presiding judge of the 270th District Court of Harris County, to set aside her April 24, 2019 order denying relator's motion to compel discovery responses.

Real party in interest has provided the information relator seeks.  Therefore, the request for relief is now moot.  Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Hassan.